JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL URIARTE-LIMON, <br><br> Plaintiff, <br> v. <br><br> ARLA LLC, a California Limited Liability Company; DANIEL VAZQUEZ; and Does 1-10, <br><br> Defendants. | Case No.: CV 19-01279-CJC(PLAx) <br><br> JUDGMENT |

This action came before the Court on Defendants' Motion for Summary Judgment. As set out in the Court's concurrently issued order, judgment is entered in favor of Defendants on Plaintiff's ADA claim, and Plaintiff's Unruh Act claim is dismissed.

DATED: January 8, 2020

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE